CLOS

# U.S. District Court
# Southern District of Ohio (Dayton)
# CIVIL DOCKET FOR CASE #: 3:08-cv-00039-WHR
# Internal Use Only

Williams et al v. Davol Inc et al
Assigned to: Walter H Rice
Cause: 28:1331 Fed. Question: Personal Injury

Date Filed: 02/12/2008
Date Terminated: 04/23/2008
Jury Demand: None
Nature of Suit: 365 Personal Inj
Liability
Jurisdiction: Federal Question

**Plaintiff**

**Debra Lee Williams** represented by **Gary D Plunkett**
Hochman & Plunkett Co., L.P.A
3077 Kettering Blvd., Suite 21(
Dayton, OH 45439
937-228-2666
Fax: 937/228-0508
Email: gdp@hochmanroach.coı
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Williams** represented by **Gary D Plunkett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc** represented by **Jeffrey Moeller**
Hermann Cahn & Schneider
1301 East 9th Avenue
# 500
Cleveland, OH 44114
216-781-5515
Fax: 216-781-1030

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN MY OFFICE
ON 4-23-08
JAMES BONINI, CLERK
BY: [signature] Deputy Clerk
DATE: 4-23-08

**Defendant**

**C R Bard Inc** represented by **Jeffrey Moeller**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2008 | 1 | COMPLAINT against Davol Inc, C R Bard Inc, filed by Debra Lee Williams, Anthony Williams. (davisj1, ) (Entered: 02/12/2008) |
| 02/12/2008 | 2 | Summons Issued as to Davol Inc. (davisj1, ) (Entered: 02/12/2008) |
| 02/12/2008 | 3 | Summons Issued as to C R Bard Inc. (davisj1, ) (Entered: 02/12/2008) |
| 02/12/2008 | 4 | Filing fee: $ 350.00, receipt number 300DAY000560 (davisj1, ) (davisj1, ). (Entered: 02/12/2008) |
| 03/04/2008 | 5 | Unopposed MOTION to Stay *Proceedings Pending Transfer to Federal MDL* by Defendants Davol Inc, C R Bard Inc. (Attachments: # 1 Exhibit 1, Defendants' Fifty-Fourth 7.5(e) Notice of Potential Tag-Along, # 2 Text of Proposed Order Granting Defendants, Davol Inc. and C.R. Bard, Inc.'s Unopposed Motion for Stay of Proceedings) (Moeller, Jeffrey) (Entered: 03/04/2008) |
| 03/13/2008 | | NOTATION ORDER SUSTAINING 5 Motion to Stay. Signed by Walter H Rice on 3-12-08. (kopf1, ) (Entered: 03/13/2008) |
| 03/19/2008 | 6 | ORDER - The within case is found to be suitable for administrative processing. Signed by Judge Walter H Rice on 3/19/2008. (NOTE: Case stayed indefinitely pending transfer to MOL.) (sc1, ) (Entered: 03/19/2008) |
| 03/31/2008 | 7 | Conditional Transfer Order (CTO-16) by MDL Panel. (davisj1, ) (Entered: 03/31/2008) |
| 04/23/2008 | 8 | CONDITIONAL TRANSFER ORDER - MDL 1842 US District Court, District of Rhode Islandon 3/25/08. (kch) (Entered: 04/23/2008) |
| 04/23/2008 | | Case transferred to District of Rhode Island. Original file, certified copy of transfer order, and docket sheet sent. (kch) (Entered: 04/23/2008) |