**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re COMPOSIX® KUGEL® HERNIA REPAIR PATCH LITIGATION** | § | |
| | § | |
| | § | **MDL Docket No. 07-1842-MDL** |
| **THIS DOCUMENT RELATES TO:** | § | |
| **WILLIAMS v. DAVOL, Inc. *et al*:** | § | **JUDGE LISI** |
| **1:08-cv-02415-ML-LDA (*transferred from Southern District of Ohio: 3:08-cv-0039-WHR*)** | § | |

**MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

NOW COMES the Plaintiffs, Debbra Lee Williams and Anthony Williams, by and through their undersigned attorneys and moves that they be allowed to file an Amended Complaint in the above-captioned matter pursuant to § V.B. of the CMO as entered by this Court on December 6, 2007.

Plaintiffs, DEBBRA LEE WILLIAMS and ANTHONY WILLIAMS
By their Attorneys,

/s Ernest Cory

Ernest Cory
Jon C. Conlin
Stephen R. Hunt, Jr.
CORYWATSON CROWDER & DEGARIS
2131 Magnolia Avenue
Birmingham, Alabama 35209
205-328-2200
205-326-7896 FAX

Gary D. Plunkett, Esq.
HOCHMAN & PLUNKETT Co, L.P.A.
3077 Kettering Boulevard
Point West, Suite 210
Dayton, OH 45439
937-228-2666

Dated: 7/31/2008

# CERTIFICATION

I HEREBY CERTIFY THAT ON THIS THE 31st DAY OF JULY, 2008, that a true copy of the within has been filed electronically and that it is available for viewing and downloading from the ECF system.

/s Ernest Cory
Ernest Cory
Jon C. Conlin
Stephen R. Hunt, Jr.
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Avenue
Birmingham, Alabama 35209
205-328-2200
205-326-7896

Terry Bryant, Esq.
TERRY BRYANT, LLP
8584 Katy Freeway, Suite 100
Houston, TX 77024
713-973-8888
713-973-1188